UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH HAMM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CAPSULE CORPORATION d/b/a CAPSULE,

    Defendant.

Case No. 1:22-cv-05435

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Withdraw Blake Hunter Yagman as counsel for Plaintiff Sarah Hamm [~~ECF No. ~~] *attached hereto* ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Motion [~~ECF No. ~~] is GRANTED.

2. Blake Hunter Yagman is hereby DISCHARGED of all further responsibilities related to these proceedings.

**DONE AND ORDERED** in New York, New York this 29th day of December, 2022.

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH HAMM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPSULE CORPORATION d/b/a CAPSULE,<br><br>Defendant. | Case No. 1:22-cv-05435 |

### MOTION TO WITHDRAW BLAKE HUNTER YAGMAN AS COUNSEL FOR PLAINTIFF SARAH HAMM

Pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, and upon the attached declaration, Blake Hunter Yagman ("Movant"), hereby moves this Court for an Order allowing Movant to withdraw as counsel for Plaintiff Sarah Hamm ("Plaintiff"). In support thereof, Movant states as follows:

1. Plaintiff Hamm will continue to be well represented by David Lietz and Victoria Jennings Maniatis of Milberg Coleman Bryson Phillips Grossman PLLC.

2. Movant will not be retaining a lien in this action in the event of settlement or judgment and will be seeking fees and reimbursement of costs.

3. No prejudice to any party or delay in this case will result from Movant's withdrawal from this action.

Dated: Dec. 27, 2022                                            Respectfully submitted,

                                                                                  /s/ Blake Hunter Yagman

Blake Hunter Yagman
blake.yagman@davidllc.com
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.:     212-739-0622